IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARITA GARNER | ) | |
| | ) | |
| v. | ) | 3-05-CV-714-K |
| | ) | |
| NURIA PRENDES, ET AL | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Respondents' motion to transfer this case to the Fifth Circuit Court of Appeals is **GRANTED** and this case is administratively closed in this court.

Signed this 5th day of July, 2005.

ED KINKEADE
UNITED STATES DISTRICT JUDGE

# CLOSED

**CASE #** 3:05cv714-K

**DATE** 7 / 6 / 05

**TRIAL   YES____   NO ✓**